UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOSEPH ALAN ROBERTS,

    Plaintiff,

vs.                                                    Case No. 05-cv-74484
                                                            Hon. Gerald E. Rosen

NORFOLK SOUTHERN RAILWAY COMPANY,
a corporation,

    Defendant.
_____/

| | |
|---|---|
| ERIC D. HOLLAND (P67772) | JOSEPH J. McDONNELL (P32056) |
| Holland, Groves & Schneller, LLC | Durkin, McDonnell, Clifton & O'Donnell, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 300 N. Tucker Blvd., Ste. 801 | 645 Griswold, Ste. 3253 |
| St. Louis, MO 63101 | Detroit, MI 48226 |
| (314) 241-8111 | (313) 963-3033 |

_____/

## ORDER OF DISMISSAL

      The parties to the above-entitled cause, each acting through its attorney of record, having agreed to the entry of, and having approved the form of this order, and the Court being otherwise fully advised in the premises;

      IT IS HEREBY ORDERED that plaintiff's claims against defendant are hereby dismissed with prejudice and without further costs to any party. This resolves all remaining claims pending between the parties arising out of this action.

                                              s/Gerald E. Rosen
                                              Gerald E. Rosen
                                              United States District Judge

Dated: June 30, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 30, 2006, by electronic and/or ordinary mail.

                                               s/LaShawn R. Saulsberry
                                             Case Manager

APPROVED AS TO FORM AND SUBSTANCE:

Date: 06/27/2006                                             Date: 06/28/2006

s/ with consent of Eric D. Holland                  s/ Joseph J. McDonnell
Holland, Groves & Schneller, LLC            Durkin, McDonnell, Clifton & O'Donnell, P.C.
300 N. Tucker Blvd.                                     645 Griswold, Suite 3253
St. Louis, MO 63101                                     Detroit, MI 48226
(314) 241-8111                                             (313) 963-3033
eholland@allfela.com                                  jmcdonnell@durkinmcdonnell.com
P67772                                                          P32056